FILED

07/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0241





FILED

JUL 13 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
### HELENA, MONTANA 59620-3003

Supreme Court No.
DA 22-0241

IN RE THE PARENTING OF:

S.D., and B.D.,
    Minor Children,

JENNIFER A. DUCHARME n/k/a, BRICK,
    Petitioner and Appellant,

**GRANT OF EXTENSION**

    and

RICHARD B. DUCHARME,
    Respondent and Appellee.

    Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until August 15, 2022, to prepare, file, and serve the opening brief.

DATED this July 13, 2022

Bowen Greenwood
Clerk of the Supreme Court

c:     Jennifer Brick, Matthew A. Dodd, Dillon A Post

PO BOX 203003 • HELENA MT • 59620-3003 • TELEPHONE: (406) 444-3858 • FAX: (406) 444-5705